**FILED**
Sep 23, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH HOUGHTON<br><br>Defendant. | Case No.: 6:20-PO-00669-HBK<br>6:22-MJ-00017-HBK<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on September 23, 2022 to 5 days in custody, with credit for 4 days served. To be released on September 24, 2023 in the morning.

IT IS HEREBY ORDERED that the defendant shall be released on September 24, 2022 in the morning. A certified Judgment and Commitment order to follow.

DATED: 9/23/2022

*[signature]*
UNITED STATES MAGISTRATE JUDGE